UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO.: 1:25-cv-03683

BILL COBB,

                 Plaintiff,

Vs.

ADVANCED TELEVISION SYSTEMS COMMITTEE,

                 Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff, BILL COBB, by and through his undersigned counsel, brings this Complaint against Defendant, ADVANCED TELEVISION SYSTEMS COMMITTEE, for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff, BILL COBB ("Cobb"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Cobb's original copyrighted Work of authorship.

2. Cobb is a professional photographer of the built environment, including ground and aerial based photography using helicopters, fixed wing and drones (Part 107 Remote Pilot). He's also skilled with photo editing, graphic design and eCommerce web design. Cobb is a graphic and engineering designer with broad experience in the full process of civil engineering, from conceptual options to final design. With an effective combination of urban planning, engineering expertise, aviation, graphics, GIS, CAD and marketing skills. Cobb captures artistic moments with the intention of licesning to third parties for third party use.

**SRIPLAW**
CALIFORNIA ♦ GEORGIA ♦ FLORIDA ♦ INDIANA ♦ TENNESSEE ♦ NEW YORK ♦ TEXAS

3. Defendant, ADVANCED TELEVISION SYSTEMS COMMITTEE ("ATSC"), is is a non-profit organization creating elective standards and recommended practices for digital terrestrial broadcasting. At all times relevant herein, ATSC owned and operated the internet website located at the URL https://www.atsc.org/ (the "Website").

4. Cobb alleges that ATSC copied Cobb's copyrighted Work from the internet in order to advertise, market and promote its business activities. ATSC committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the ATSC's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. ATSC is subject to personal jurisdiction in the District of Columbia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, ATSC engaged in infringement in this district, ATSC resides in this district, and ATSC is subject to personal jurisdiction in this district.

## DEFENDANT

9. Advanced Television Systems Committee is a District of Columbia Not for Profit, with its principal place of business at 1300 I Street NW, Suite 400E, Washington, District of Columbia, 20005, and can be served by serving its Registered Agent, CT CORPORATION SYSTEM, 1015 15th Street NW, Suite 1000, Washington, District of Columbia, 20005.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2012, Cobb created the photograph entitled "wichita_014_9704," which is shown below and referred to herein as the "Work".



11. Cobb registered the Work with the Register of Copyrights on January 24, 2020 as part of a group registration, and was assigned registration number VA 2-193-632. That registration included the Work: "wichita_014_9704." The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Cobb was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY ATSC

13. ATSC has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, ATSC copied the Work.

15. On or about February 7, 2024, Cobb discovered the unauthorized use of his Work on the Website.

16. ATSC copied Cobb's copyrighted Work without Cobb's permission.

17. After ATSC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its next-generation broadcast and media platform.

18. ATSC copied and distributed Cobb's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. ATSC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Cobb never gave ATSC permission or authority to copy, distribute or display the Work at issue in this case.

21. Cobb notified ATSC of the allegations set forth herein on April 19, 2024 and May 7, 2024, August 8, 2025, August 12, 2025 and October 6, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Cobb incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Cobb owns a valid copyright in the Work at issue in this case.

24. Cobb registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. ATSC copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Cobb's authorization in violation of 17 U.S.C. § 501.

26. ATSC performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Cobb has been damaged.

29. The harm caused to Cobb has been irreparable.

WHEREFORE, the Plaintiff, BILL COBB, prays for judgment against the Defendant, ADVANCED TELEVISION SYSTEMS COMMITTEE, that:

    a. ATSC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. ATSC be required to pay Cobb his actual damages and Defendant's profits attributable to the infringement, or, at Cobb's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Cobb be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Cobb be awarded pre- and post-judgment interest; and

    e. Cobb be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Cobb hereby demands a trial by jury of all issues so triable.

Dated: October 16, 2025                              Respectfully submitted,

/s/ *Jordan I. Abisror*
JORDAN I. ABISROR
Bar Number: NY0597
jordan.abisror@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.475.9070 – Telephone
561.404.4353 – Facsimile

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Bar Number: 2310207
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Bill Cobb*