# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-193-632**

**Effective Date of Registration:**
January 24, 2020
**Registration Decision Date:**
March 03, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:    June 01, 2012 to June 01, 2012

### Title _____

|  |  |
|---|---|
| **Title of Group:** | SkylineScenes 2012 part2 |
| **Number of Photographs in Group:** | 573 |

- **Individual Photographs:** portland_182_7784, oakland_024_1141, oakland_025_0373, oakland_026_1122, oakland_028_1133, oakland_029_1092, oakland_030_1145, oakland_033_1157, oakland_034_1128, oakland_035_0349, oakland_036_1121, reading_008_2487, reading_009_2503, reading_010_2472, reading_011_2440, reading_012_2488, reading_013_2625, sacramento_101_0903, sacramento_102_0643, sacramento_103_0607, sacramento_104_0909, wichita_068_9688, wichita_071_9696, wichita_072_9771, wichita_075_9812, wichita_076_9805, wichita_077_9797, wichita_081_9850, wichita_082_9556, wichita_087_9784, wichita_088_9853, wichita_092_9768, wichita_099_9779, wichita_108_9836, wilmington_101_8442, wilmington_102_8447, wilmington_103_8453, wilmington_104_8436, wilmington_105_8513, wilmington_106_8504, wilmington_108_8443, wilmington_109_8468, wilmington_110_8526, wilmington_111_8452, wilmington_112_8485, wilmington_113_8431, wilmington_114_8448, wilmington_115_8455, wilmington_116_8498, wilmington_117_8435, wilmington_118_8438, wilmington_119_8492, wilmington_120_8457, wilmington_121_8536, wilmington_122_8530, wilmington_123_8496, wilmington_124_8516, wilmington_125_8476, wilmington_126_8518, wilmington_127_8439, wilmington_128_8483, wilmington_129_8510, wilmington_130_8451, wilmington_131_8512, wilmington_132_8500, wilmington_133_8454, pano_harrisburg_2098, pano_harrisburg_2657, pano_harrisburg_9362, pano_indianapolis_5412, pano_indianapolis_5608, pano_indianapolis_5672, pano_indianapolis_5679, pano_kansascity_6358, pano_knoxville_7347, pano_knoxville_7409, pano_philadelphia_2310, pano_philadelphia_3208, pano_philadelphia_3232, pano_providence_3456, pano_providence_4022, pano_sacramento_0620, pano_sacramento_0893, pano_sacramento_1873, pano_sanfrancisco_0414, nashville_131_7241, nashville_145_7107, nashville_148_7083, nashville_150_7143, oakland_001_0342, oakland_002_1117, oakland_003_1181, oakland_004_0348, oakland_005_1134

**Published:**    June 2012

- **Individual Photographs:** oakland_006_1184, oakland_009_1129, oakland_011_1191,

oakland_012_0328, oakland_013_1090, oakland_014_1187, oakland_017_1126, oakland_018_1178, oakland_021_0361, oakland_022_1101, pittsburgh_03_7831, pittsburgh_04_7630, pittsburgh_04_7839, pittsburgh_05_7807, pittsburgh_06_7678, pittsburgh_06_7826, pittsburgh_07_7710, pittsburgh_07_7779, portland_168_6382, portland_169_6401, portland_170_6430, portland_174_9127, portland_175_4445, portland_176_7603, portland_177_5624, portland_178_5650, portland_181_7638, oakland_037_1164, oakland_040_1175, oakland_043_1139, oakland_045_1109, oakland_046_1168, oakland_048_0320, oakland_049_1107, oakland_051_1098, oakland_052_1113, oakland_053_1148, pittsburgh_33_7580, pittsburgh_33_7598, pittsburgh_34_7611, pittsburgh_34_7845, pittsburgh_35_7650, pittsburgh_35_7812, pittsburgh_39_7784, pittsburgh_42_7796, pittsburgh_42_7817, pittsburgh_48_7581, pano_sanjose_1067, pano_wichita_9930, pano_wilmington_8452, philadelphia_043_3074, philadelphia_045_2978, philadelphia_047_2969, philadelphia_047_9416, philadelphia_048_3077, philadelphia_049_3119, philadelphia_049_8865, philadelphia_050_3015, philadelphia_052_3062, philadelphia_053_3122, providence_139_4012, providence_140_3986, providence_142_4016, sacramento_116_0964, sacramento_117_0853, losangeles_057_0241, losangeles_057_0258, nashville_001_7227, nashville_102_7134, nashville_105_7171, nashville_107_7132, nashville_108_7186, nashville_109_7175, nashville_113_7121, nashville_114_7154, nashville_115_7849, nashville_118_7225, nashville_119_7858, nashville_122_7044, nashville_123_7179, nashville_125_7135, nashville_126_7232, nashville_127_7167, nashville_128_7113, nashville_130_7213, philadelphia_035_3210, philadelphia_036_3006, philadelphia_037_3070, philadelphia_038_3129, philadelphia_038_8887, philadelphia_038_8891, philadelphia_039_3173, philadelphia_040_3086, philadelphia_041_2983

**Published:**   June 2012

- **Individual Photographs:**   philadelphia_042_3225, philadelphia_078_3060, philadelphia_079_2984, philadelphia_080_3117, philadelphia_081_3073, philadelphia_082_3181, philadelphia_085_2966, philadelphia_086_2979, philadelphia_087_2942, philadelphia_088_3089, philadelphia_090_3069, providence_116_3928, providence_119_3961, providence_121_3939, providence_123_3950, providence_124_3963, providence_127_3970, providence_133_3931, nashville_132_7126, nashville_134_7165, nashville_135_7892, nashville_136_7133, nashville_138_7215, nashville_139_7051, nashville_140_7136, nashville_142_7084, oakland_055_1094, oakland_058_1160, oakland_060_1095, oakland_065_1091, oakland_071_1093, philadelphia_002_3013, philadelphia_003_3106, philadelphia_004_3230, philadelphia_005_8424, philadelphia_005_8841, philadelphia_065_2960, philadelphia_066_3152, philadelphia_069_3039, philadelphia_070_2990, philadelphia_071_3121, philadelphia_073_3112, philadelphia_074_3093, philadelphia_074_9339, philadelphia_074_9345, philadelphia_075_3182, pittsburgh_12_7735, pittsburgh_13_7774, pittsburgh_13_7842, pittsburgh_15_7827, pittsburgh_17_7643, pittsburgh_24_7816, pittsburgh_24_7849, pittsburgh_26_7785, pittsburgh_28_7815, pittsburgh_29_7649, philadelphia_005_9350, philadelphia_006_8146, philadelphia_007_3140, philadelphia_008_2904, philadelphia_009_3170, philadelphia_010_3101, philadelphia_011_3116, philadelphia_013_3232, philadelphia_014_3096, philadelphia_015_3107, philadelphia_016_3204, philadelphia_016_8878, philadelphia_016_9413, philadelphia_017_3044, philadelphia_020_3071, philadelphia_021_3100, philadelphia_022_3177, philadelphia_023_2914, philadelphia_024_2947,

philadelphia_025_3029, philadelphia_026_3064, philadelphia_027_3223, philadelphia_027_8840, philadelphia_028_3113, philadelphia_028_9385, philadelphia_029_3138, philadelphia_030_3142, philadelphia_031_3022, philadelphia_032_3075, philadelphia_035_3209

**Published:** June 2012

- **Individual Photographs:** philadelphia_054_3153, philadelphia_055_2956, philadelphia_057_2898, philadelphia_058_2921, philadelphia_059_2998, philadelphia_060_3108, philadelphia_061_3068, philadelphia_062_8876, philadelphia_063_8181, philadelphia_064_3080, philadelphia_091_3081, philadelphia_092_3172, philadelphia_095_2972, philadelphia_096_2944, philadelphia_097_2895, philadelphia_100_3049, philadelphia_107_2952, philadelphia_119_8882, pittsburgh_01_7652, pittsburgh_03_7605, portland_187_7595, portland_188_9025, portland_190_9134, providence_101_3930, providence_104_3947, providence_106_4018, providence_107_3967, providence_110_3960, providence_113_3934, providence_114_4022, sacramento_105_0669, pittsburgh_48_7744, pittsburgh_48_7832, pittsburgh_53_7701, pittsburgh_59_7717, portland_106_7761, portland_130_9203, portland_141_6119, portland_149_7602, portland_160_7777, portland_167_6377, providence_143_3944, providence_152_3923, providence_154_4017, providence_155_3925, providence_156_3942, providence_158_3958, providence_163_3949, providence_165_3929, providence_166_3936, providence_167_4015, wichita_017_9861, wichita_018_9761, wichita_021_9887, wichita_022_9822, wichita_023_9932, wichita_024_9894, wichita_025_9857, wichita_026_9912, wichita_028_9788, wichita_029_9881, wichita_042_9701, wichita_044_9791, wichita_045_9620, wichita_047_9870, wichita_048_9952, wichita_049_9593, wichita_050_9831, wichita_052_9843, wichita_053_9672, wichita_054_9813, wichita_055_9601, wichita_056_9543, wichita_057_9590, wichita_058_9669, wichita_059_9872, wichita_061_9573, wichita_062_9804, wichita_063_9867, wichita_065_9817, wichita_067_9839, providence_169_4043, providence_170_3953, providence_172_4038, providence_174_4041, providence_176_3957, providence_177_3955, providence_179_4027, providence_180_4042, providence_181_3978, providence_183_4009, sacramento_136_0644, sacramento_138_0609, sacramento_139_0808

**Published:** June 2012

- **Individual Photographs:** sacramento_141_0640, sacramento_142_0698, sacramento_143_0773, sacramento_144_0906, sacramento_145_0970, sacramento_146_0942, sacramento_147_0676, sacramento_128_0793, sacramento_129_0870, sacramento_130_0800, sacramento_131_0825, sacramento_132_0905, sacramento_133_0617, sacramento_134_0663, sacramento_135_0746, sacramento_167_0623, sacramento_168_0792, sacramento_169_0844, sacramento_172_0989, wichita_005_9956, wichita_007_9628, wichita_008_9877, wichita_009_9790, wichita_010_9828, wichita_011_9925, wichita_013_9865, wichita_014_9704, wichita_015_9886, wichita_016_9934, sacramento_173_0923, sacramento_175_0807, sacramento_176_0741, sacramento_180_0615, sacramento_181_0858, sacramento_198_0822, sanfrancisco_001_0514, sanfrancisco_002_0306, sanfrancisco_002_1248, sanfrancisco_103_0425, sanjose_108_1054, sanjose_109_1079, sanjose_110_1032, sanjose_111_1053, sanjose_112_1027, sanjose_113_1062, sanjose_114_1019, sanjose_115_1045, sanjose_116_1026, sanjose_117_1059, wichita_030_9938, wichita_032_9544, wichita_033_9559, wichita_034_9722, wichita_035_9799, wichita_037_9547, wichita_038_9830, wichita_039_9882, wichita_040_9579, wichita_041_9949, pittsburgh_07_7834, pittsburgh_08_7732, sanfrancisco_104_1230, sanfrancisco_105_0447, sanfrancisco_106_1254, sanfrancisco_106_1353, sanfrancisco_108_1235, sanfrancisco_108_1262, sanfrancisco_109_1224, sanfrancisco_109_1266,

sanfrancisco_109_1300, sanfrancisco_110_1237, longbeach_01_1413, longbeach_03_1400, longbeach_04_1364, longbeach_04_1389, longbeach_12_1427, losangeles_001_0270, losangeles_005_0282, losangeles_013_0268, losangeles_024_0276, losangeles_045_0298, oakland_007_0371, oakland_008_1171, oakland_023_1106, providence_184_3954, providence_185_3989, providence_188_4019, reading_001_2435, reading_002_2504, reading_003_2622, reading_004_2438, reading_005_2486, reading_006_2429, reading_007_2432, sacramento_106_0695

**Published:** June 2012

- **Individual Photographs:** sacramento_107_0628, sacramento_108_0757, sacramento_109_0928, sacramento_110_0873, sacramento_111_0845, sacramento_112_0635, sacramento_114_0767, sacramento_115_0913, sacramento_118_0661, sacramento_119_0867, sacramento_120_0796, sacramento_121_0998, sacramento_122_0636, sacramento_122_0880, sacramento_124_0680, sacramento_125_0814, sacramento_126_0649, sacramento_127_0613, sacramento_148_0813, sacramento_149_0788, sacramento_150_0708, sacramento_151_0670, sacramento_152_0797, sacramento_153_0849, sacramento_155_0688, sacramento_156_0681, sacramento_157_0810, sacramento_158_0654, sacramento_159_0962, sacramento_160_0956, sacramento_163_0750, sacramento_164_0932, sacramento_165_0724, sacramento_166_0744, pano_boston_4493, pano_boston_4535, pano_boston_4536, pano_boston_4636, pano_columbus_4779, pano_columbus_4828, pano_columbus_5142, pano_columbus_5240, pano_columbus_5262, pano_columbus_5278, sanfrancisco_111_0422, sanfrancisco_111_1357, sanjose_101_1023, sanjose_102_1050, sanjose_102_1058, sanjose_103_1021, sanjose_104_1075, sanjose_105_1035, sanjose_106_1052, sanjose_107_1042, pano_lasvegas_1707, pano_lasvegas_9711, pano_longbeach_1407, pano_losangeles_0270, pano_nashville_7110, pano_nashville_7168, pano_nashville_7191, pano_oakland_0318, pano_oakland_1098, pano_philadelphia_2303, sanjose_118_1081, sanjose_119_1029, sanjose_120_1055, sanjose_122_1063, sanjose_123_1069, sanjose_124_1073, sanjose_125_1072, sanjose_126_1076, sanjose_127_1071, sanjose_129_1083, sanjose_130_1080, sanjose_131_1077, sanjose_132_1070, sanjose_133_1082, sanjose_135_1066, washingtondc_013_9485, washingtondc_029_9533, washingtondc_030_9530, washingtondc_031_7517, washingtondc_032_7529, washingtondc_040_9518, washingtondc_041_9448, washingtondc_048_9499, washingtondc_053_9535, washingtondc_055_9509, washingtondc_063_9464, washingtondc_068_9477, wichita_000_9623, wichita_001_9945

**Published:** June 2012

- **Individual Photographs:** wichita_002_9930, wilmington_134_8450, wilmington_135_8461, wilmington_136_8449, wilmington_137_8501, pano_annapolis_1667, pano_atlanta_9976, pano_atlanta_9980, pano_atlanta_9981, pano_atlanticcity_9273, pano_atlanticcity_9280, pano_baltimore_1444, pano_baltimore_1462, pano_boston_4070, pano_boston_4469, pano_boston_4473, pano_sanfrancisco_1298

**Published:** June 2012

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2012 |
| **Earliest Publication Date in Group:** | June 01, 2012 |
| **Latest Publication Date in Group:** | June 01, 2012 |
| **Nation of First Publication:** | United States |

## Author

|                        |                 |
|------------------------|-----------------|
| • **Author:**          | Bill Cobb       |
| **Author Created:**    | photographs     |
| **Work made for hire:**| No              |
| **Citizen of:**        | United States   |
| **Domiciled in:**      | United States   |
| **Year Born:**         | 1972            |

## Copyright Claimant

**Copyright Claimant:** Bill Cobb
3292 Mulberry Street, Edgewater, MD, 21037, United States

## Rights and Permissions

|                |                              |
|----------------|------------------------------|
| **Name:**      | Bill Cobb                    |
| **Email:**     | bill.cobb@skylinescenes.com  |
| **Telephone:** | (816)305-3743                |
| **Address:**   | 3292 Mulberry Street         |
|                | Edgewater, MD 21037 United States |

## Certification

|                                 |                  |
|---------------------------------|------------------|
| **Name:**                       | Joe G. Naylor    |
| **Date:**                       | January 24, 2020 |
| **Applicant's Tracking Number:**| USCO-06426       |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.