# Exhibit 2



Seven television stations serving the Wichita-Hutchison, Kan., market today began broadcasting with NextGen TV, also known as ATSC 3.0.

Switching on the new transmission standard are Lockwood Broadcast Group's KAKE (ABC), Gray Television's KWCH (CBS) and KSCW (CW), Sinclair Broadcast Group's KSAS